UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Karen Johnson,

    Plaintiff,

v.                                                                              Case No. 2:13-cv-267

Wyeth LLC, et al.,                         Judge Michael H. Watson

    Defendants.

## ORDER

Plaintiff brought this products liability action against the manufacturers of brand name and generic metoclopramide. Plaintiff filed the action in Missouri state court in October 2012. Defendants removed the action to the United States District Court for the Eastern District of Missouri. The case was then transferred to this Court in March 2013 because the Plaintiff resides in Ross County, Ohio.

On August 16, 2013, the Magistrate Judge issued an order requiring Plaintiff to show cause within fourteen days why the case should not be dismissed for failure to prosecute. ECF No. 941. Plaintiff did not respond to the show cause order. On September 16, 2013, Defendants moved to dismiss the action for failure to prosecute. ECF No. 86. The Magistrate Judge then issued a report and recommendation which recommended that the Court dismiss the action based on Plaintiff's failure to prosecute. ECF No. 87. The report and recommendation specifically warned Plaintiff of the consequences of failing to

object in a timely fashion. *Id.* Plaintiff acknowledged receipt of the report and recommendation on September 18, 2013. ECF No. 88.

Plaintiff has failed to file any objections to the Magistrate Judge's report and recommendation and the deadline for doing so has passed. Accordingly, the Court **ADOPTS** the Magistrate Judge's report and recommendation in its entirety and **DISMISSES** this action with prejudice for failure to prosecute.

The Clerk shall enter final judgment in favor of Defendants, and against Plaintiff, dismissing this action with prejudice for failure to prosecute. The Clerk shall remove all pending motions in this case from the Civil Justice Reform Act motions report.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT